[No. 12599-4-II. Division Two. February 6, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID E. HYDE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88-1-00238-2, Michael G. Spencer, J.,

entered January 3, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.